In the Matter of NEW YORK LIFE INSURANCE COMPANY, Appellant. FRIEDA S. MILLER, as Industrial Commissioner of the State of New York, Respondent.

In the Matter of the Claims of FRANK GOLDSTEIN et al., Respondents. NEW YORK LIFE INSURANCE COMPANY, Appellant; FRIEDA S. MILLER, as Industrial Commissioner, Respondent.

Submitted May 24, 1945; decided July 19, 1945.

*Lee M. Gammill* and *Ferdinand H. Pease* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Francis R. Curran* and *Orrin G. Judd* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.